LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 16-00740-BRO (MRWx)** | Date | May 23, 2016 |
|---|---|---|---|
| Title | **GUVEN UZUN V. MEDICAL BOARD OF CALIFORNIA, ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE:**
**FAILURE TO OPPOSE**

Pending before the Court is a Rule 12(b)(6) Motion to Dismiss filed by Defendants State of California, acting by and through the Medical Board of California, and Kamala D. Harris, the Attorney General of the State of California (collectively, "Defendants"). (Dkt. No. 24.)  The hearing of this Motion is scheduled for June 6, 2016.  (*See id.*) Central District Local Rule 7-9 requires oppositions to be filed no later than twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.  Thus, Plaintiff Guven Uzun's ("Plaintiff") opposition, if any, was due no later than May 16, 2016.  To date, however, Plaintiff has failed to oppose Defendants' Motion.  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendants' Motion.  **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to Defendants' Motion, if any, shall be filed by no later than Friday, May 27, 2016, at 12:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose.  If Plaintiff fails to respond, the Court may grant Defendants' Motion to Dismiss pursuant to Local Rule 7-12.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |